

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-12-00618-CV

Trial Court Cause
Number:                   2009-52281

Style:                    H2O Solutions, Ltd.

                          **v** PM Realty Group, LP and Provident Investor Group, GP, LLC

Date motion filed[*]:     May 1, 2014

Type of motion:           Motion for Extension of Time

Party filing motion:      Appellee

Document to be filed:     Response to Motion for Rehearing En Banc

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

      Original due date:                          May 2, 2014

      Number of previous extensions granted:      0

      Date Requested:                             May 30, 2014

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  May 30, 2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
       ☒ Acting individually      ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Massengale

Date: May 2, 2014